WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 AUG 08 16:33USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TIM HUNT**,  CV # 05-871-HA

    Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $5,950.00 and expenses in the amount of $8.36 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $279.80 are awarded pursuant to 28 U.S.C. § 1920.

DATED this ___ day of _____, 2006.

_____
United States District Judge

Submitted on August 7, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

Tim Hunt
CIVIL ACTION NO. 05-871-HA

<u>Federal Court Expenses</u>:

    Service postage for CMRR Service .............................. $8.36

<u>Total Expenses</u>: **$8.36.**

<u>Federal Court Costs</u>:

    Filing fee ................................................. $250.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting
        Documents ........................................... $7.00

    Copy costs for Plaintiff's Opening Brief ......................... $22.80

<u>Total Costs</u>: **$279.80.**

SCHEDULE A - page 1

Attachment to court ORDER